UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| Epson America, Inc. | ) |
| Plaintiff, | ) Case No.: 1:25-cv-10137-LTS |
| v. | ) |
| YABER TECHNOLOGIES CO., LIMITED, | ) |
| Defendant. | ) |

**AFFIDAVIT OF SERVICE BY COUNSEL MORGAN T. NICKERSON**

I, Morgan T. Nickerson, an attorney admitted to practice law before the courts of the Commonwealth of Massachusetts, being of legal age, on oath, say of my own knowledge:

1. I am counsel of record for Plaintiff Epson America, Inc. ("Plaintiff" or "Epson").

2. On January 21, 2025, Epson filed its complaint against defendant Yaber Technologies Co., Limited ("Defendant").

3. On January 23, 2025, Plaintiff filed a Motion for Alternative Service of Process as to Defendant requesting that it be permitted to accomplish service of the Summons and Complaint electronically via Amazon.com's electronic mail service and/or via email. (ECF No. 5).

4. This Court granted Plaintiff's Motion for Alternative Service of Process on January 24, 2025. (ECF No. 6).

5. In accordance with the Court's Order, I caused true and accurate copies of the Summons and Complaint in this matter to be served upon Defendant via electronic mail service on January 24, 2025 to known email addresses including, but not limited to an email address

1

used to communicate with the USPTO and via the Amazon portal. Proof of service is attached hereto as Exhibit A.

Signed under the penalties of perjury this 24th day of January, 2025.

/s/ *Morgan T. Nickerson*
Morgan T. Nickerson