# EXHIBIT A

| | |
|---|---|
| **From:** | Markley, Laura E. |
| **To:** | service@yaber.com; sales@yaber.com; media@yaber.com; global@yaber.com; calvinchai@scienbizippc.com; jiema2022one@outlook.com; haoyichen@archlakelaw.com; tmproce@scienbizip.com; ecptm@scienbizip.com |
| **Cc:** | Nickerson, Morgan T. |
| **Bcc:** | Langan, Sally P. |
| **Subject:** | Yaber service |
| **Date:** | Friday, January 24, 2025 1:27:00 PM |
| **Attachments:** | 2025.01.21 DN 1 complaint - Epson v Yaber Technologies(322229835.1).pdf<br>2025.01.22 DN 4 Summons Issued as to YABER TECHNOLOGIES CO. LIMITED. Counsel receiving this notice electronically(322229619.1) (002).pdf |

In accordance with the Court's order of January 24, 2025 allowing alternative service via email and/or electronic means, attached for service please find a summons and complaint regarding Yaber projectors.  The case name is Epson America, Inc. v Yaber Technologies pending in the United States District Court for the district of Massachusetts.  Please contact Morgan Nickerson (cc'd hereto) if you have any questions regarding the same.

Thanks, Laura



**Laura Markley**
Practice Assistant
K&L Gates LLP
1 Congress Street
Suite 2900
Boston, MA 02114-2023
Phone: (617) 261-3205
laura.markley@klgates.com
www.klgates.com







