IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EPSON AMERICA, INC., <br>     Plaintiff, <br><br> v. <br><br> YABER TECHNOLOGIES CO., LIMITED, <br>     Defendant. | ) <br> ) <br> ) <br> )   CASE NO.: 1:25-CV-10137 <br> ) <br> ) <br> ) <br> ) |

**CONSENTED-TO MOTION TO
EXTEND DEADLINE TO RESPOND TO COMPLAINT**

Plaintiff Epson America, Inc. ("Epson") by and through its undersigned counsel, hereby respectfully moves the Court to extend the deadline for defendant Yaber Technologies Co., Limited ("Yaber") to respond to the complaint. As reasons therefore, Epson states as follows:

- Epson initiated this action on January 21, 2025, by filing a complaint against Yaber alleging false advertising under the Lanham Act. *See* ECF 1.

- On January 23, 2025, Epson filed a motion for alternative service seeking to serve the complaint and summons upon Yaber via electronic means. That next day, the Court granted Epson's motion. *See* ECF 5, 6.

- Epson served the complaint and summons on Yaber on January 24, 2025. As a result, Yaber must answer or otherwise respond to the complaint by February 14, 2025. *See* ECF 7.

- Counsel for Yaber reached out to the undersigned and requested an approximate thirty-day extension to answer or otherwise respond to the complaint so that he may investigate the claims asserted.

- Epson agreed to this proposed extension and agreed to file this present motion with the Court without prejudice to Yaber rights to assert any defenses, including those related to service or personal jurisdiction.

WHEREFORE, for these reasons, Epson respectfully requests that the Court extend the deadline for defendant Yaber to answer or otherwise respond to the complaint, up to and including March 17, 2025, and for whatever other relief the Court deems just and equitable.

Dated: February 14, 2025                /s *Sally P. Langan*                /
                                        Sally P. Langan (BBO #713323)
                                        sally.langan@klgates.com
                                        Morgan T. Nickerson (BBO #667290)
                                        morgan.nickerson@klgates.com
                                        K&L Gates LLP
                                        State Street Financial Center
                                        One Lincoln Street
                                        Boston, MA 02111
                                        (617) 261-3100
                                        (617) 261-3175

                                        *Attorneys for Epson America, Inc.*

### CERTIFICATE OF SERVICE

I, Sally P. Langan, hereby certify that this document filed through the ECF system will be sent via email to counsel for Yaber.

Dated: February 14, 2025                /s *Sally P. Langan*                /
                                        Sally P. Langan