IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EPSON AMERICA, INC., <br> Plaintiff, <br><br> v. <br><br> YABER TECHNOLOGIES CO., LIMITED, <br> Defendant. | ) <br> ) <br> ) <br> ) CASE NO.: 1:25-CV-10137 <br> ) <br> ) <br> ) <br> ) |

**CONSENTED-TO MOTION TO FURTHER
EXTEND DEADLINE TO RESPOND TO COMPLAINT**

Plaintiff Epson America, Inc. ("Epson") by and through its undersigned counsel, hereby respectfully moves the Court to further extend the deadline for defendant Yaber Technologies Co., Limited ("Yaber") to respond to the complaint. As reasons therefore, Epson states as follows:

- Epson initiated this action on January 21, 2025 by filing a complaint against Yaber alleging false advertising under the Lanham Act. *See* ECF 1.

- The Court extended the deadline for defendant Yaber to answer or otherwise respond to the complaint to March 17, 2025. *See* ECF 9.

- Counsel for Epson and Yaber have been discussing settlement and need additional time to determine whether an early resolution of this case may be reached through mutual agreement.

- The above parties agree that an additional thirty (30) days will assist in their settlement discussions.

WHEREFORE, for these reasons, Epson respectfully requests that the Court extend the deadline for defendant Yaber to answer or otherwise respond to the complaint, up to and including April 16, 2025, and for whatever other relief the Court deems just and equitable.

Dated: March 17, 2025 /s *Sally P. Langan*                              /
Sally P. Langan (BBO #713323)
sally.langan@klgates.com
Morgan T. Nickerson (BBO #667290)
morgan.nickerson@klgates.com
K&L Gates LLP
State Street Financial Center
One Lincoln Street
Boston, MA 02111
(617) 261-3100
(617) 261-3175

## CERTIFICATE OF SERVICE

I, Sally P. Langan, hereby certify that this document filed through the ECF system will be sent via email to counsel for Yaber.

Dated: March 17, 2025 /s *Sally P. Langan*                              /
Sally P. Langan