## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EPSON AMERICA, INC., </br>            Plaintiff, </br> v. </br></br> YABER TECHNOLOGIES CO., LIMITED, </br>            Defendant. | ) </br> ) </br> **)** </br> ) CASE NO.: 1:25-CV-10137 </br> ) </br> ) </br> ) </br> ) |

## JOINT SCHEDULING STATEMENT

Plaintiff Epson America, Inc. ("Epson") and Defendant Yaber Technologies Co., Limited ("Yaber") (collectively, the "Parties") submit the following Joint Statement in accordance with Fed. R. Civ. P. 16(b) and 26(f), Local Rule 16.1, and the Notice of Scheduling Conference dated May 1, 2025 (*see* Dkt. 15):

1. **Certification of Conference**

Pursuant to Fed. R. Civ. P. 26(f) and Local Rule 16.1(b), counsel for Plaintiff and Defendant conferred regarding preparing a proposed pretrial schedule and discovery plan and considering whether they will consent to a trial by a magistrate judge. The Parties do not consent to a trial before a magistrate judge at this time.

2. **Proposed Discovery Plan and Schedule for Filing Motions**

Pursuant to Fed. R. Civ. P. 26(f) and Local Rule 16.1(b), the Parties propose the following deadlines in this matter:

1. **Initial disclosures.** Initial disclosures required by Fed. R. Civ. P. 26(a)(1) and by this Court's Notice of Scheduling Conference must be completed by **June 16, 2025**.

2. **Amendments to Pleadings**. Except for good cause shown, no motions seeking leave to add new parties or to amend the pleadings to assert new claims or defenses may be filed after **June 30, 2025**.

3. **Fact Discovery – Interim Deadlines.**

   a. All requests for the production of documents and interrogatories must be served by **October 14, 2025**.

   b. All requests for admission must be served by **October 14, 2025**.

   c. All depositions, other than expert depositions, must be completed by **October 14, 2025**.

   d. **Final Fact Discovery Deadline.** All discovery, other than expert discovery, must be completed by **October 14, 2025**.

4. **Expert Discovery.**

   a. Trial experts for the party with the burden of proof must be designated, and the information contemplated by Fed. R. Civ. P. 26(a)(2) must be disclosed, by **November 14, 2025**.

   b. Rebuttal trial experts must be designated, and the information contemplated by Fed. R. Civ. P. 26(a)(2) must be disclosed, by **December 13, 2025**.

   c. All trial experts must be deposed by **January 14, 2026**.

5. **Dispositive Motions.**

   a. Dispositive motions, such as motions for summary judgment or partial summary judgment and motions for judgment on the pleadings, must be filed by **February 14, 2026** with the opposition due thirty days thereafter.

## 3. Budget and Alternative Dispute Resolution

The undersigned counsel has conferred with their clients regarding the expected costs of litigation and the potential for a resolution of this litigation through alternative dispute resolution (*see* Local Rule 16.4).

## 4. Settlement

The Parties have discussed attempting to settle this matter, and those discussions remain ongoing. At this time, the Parties cannot commit to settling the case but will advise the Court if

they reach an agreement which would resolve the case.

| | |
|---|---|
| **YABER TECHNOLOGIES CO., LIMITED,** <br> By its attorney, | **EPSON AMERICA, INC.** <br> By its attorneys, |
| */s/ Yichen Cao* <br> Yichen Cao <br> ycao@analectslegal.com <br> Analects Legal LLC <br> 1212 S Naper Blvd. Suite #119 <br> Naperville, IL 60540-7349 <br> Tel:    (630) 386-5514 | */s/ Sally P. Langan* <br> Sally P. Langan (BBO #713323) <br> sally.langan@klgates.com <br> Morgan T. Nickerson (BBO #667290) <br> morgan.nickerson@klgates.com <br> K&L Gates LLP <br> One Congress Street, Suite 2900 <br> Boston, MA 02114 <br> Tel:    (617) 261-3100 <br> Fax:   (617) 261-3175 |

Dated: May 15, 2025

**CERTIFICATE OF SERVICE**

I, Sally P. Langan, hereby certify that this document filed through the ECF system will be sent via email to counsel for Yaber.

Dated: May 15, 2025                                /s *Sally P. Langan*                          /
                                                   Sally P. Langan