IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| EPSON AMERICA, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 1:25-cv-10137-LTS |
| ) | |
| YABER TECHNOLOGIES CO., LIMITED, ) | |
| ) | |
| Defendant. ) | |

## CONSENTED-TO MOTION TO AMEND SCHEDULING ORDER

Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, Plaintiff Epson America, Inc. ("Epson") respectfully moves to amend the Court's Scheduling Order (ECF No. 18) by extending all deadlines therein by 90 days. A proposed modified Scheduling Order is attached hereto as **Exhibit A**. As grounds for this Motion, Epson states as follows:

1. On May 20, 2025, the Court entered the Scheduling Order (ECF No. 18).

2. Under the Scheduling Order, the current deadline for completion of fact discovery is October 14, 2025.

3. On July 22, 2025 Epson filed a Motion to Compel Discovery Responses and to Deem Requests for Admission Admitted (ECF No. 21).

4. The Court recently granted Epson's Motion to Compel on September 11, 2025 (ECF No. 22), directing Defendants to respond to the document requests, interrogatories, and requests for admissions by September 25, 2025.

5. Notwithstanding the Court's order, Epson has received only limited sales data from Defendant and no other documents have been produced. Even assuming Defendant

1

serves discovery responses by September 25, 2025, additional time will be required for Epson to review the production and seek further information as necessary, incudign but not limited to depositions of the Defendant.

6. Therefore, the circumstances here satisfy the good cause standard to grant an extension. *See* Fed. R. Civ. P. 16(b)(4) ("A schedule may be modified only for good cause and with the judge's consent."). This request is made in good faith, not for purposes of delay or any improper purpose, and no party will be prejudiced.

7. The parties met and conferred as to the relief sought in this motion and Defendant consents to the relief sought herein.

8. Accordingly, Epson respectfully requests that the Court extend all deadlines in the Scheduling Order by 90 days.

**WHEREFORE**, for the foregoing reasons, Epson respectfully requests this Court grant the Motion to Amend the Scheduling Order and enter the proposed modified Scheduling Order submitted herewith.

Dated: September 15, 2025

*/s/ Morgan T. Nickerson*
Morgan T. Nickerson (BBO #667290)
morgan.nickerson@klgates.com
K&L Gates LLP
1 Congress Street
Suite 2900
Boston, MA 02114
(617) 261-3100
(617) 261-3175

## CERTIFICATE OF SERVICE

I, Morgan T. Nickerson , hereby certify that this document filed through the ECF system will be sent via email to counsel for Yaber.

Dated: September 15, 2025                     */s/ Morgan T. Nickerson*
                                              Morgan T. Nickerson