IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| EPSON AMERICA, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>YABER TECHNOLOGIES CO., LIMITED, )<br>)<br>Defendant. ) | Case No.: 1:25-cv-10137-LTS |

### CONSENTED-TO MOTION TO AMEND SCHEDULING ORDER

Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, Defendant Yaber Technologies Co., Limited ("Yaber") respectfully moves to amend the Court's Scheduling Order (ECF No. 18) by extending all deadlines therein, as well as the deadline for Yaber to respond to Plaintiff Epson America Inc.'s ("Epson") first set of interrogatories and requests for production by 14 days. A proposed modified Scheduling Order is attached hereto as **Exhibit A**. As grounds for this Motion, Epson states as follows:

1. The Court recently granted Epson's Motion to Compel on September 11, 2025 (ECF No. 22), directing Defendants to respond to the document requests, interrogatories, and requests for admissions by September 25, 2025.

2. Typhoon Ragasa has hit China where the Defendant is located, causing flooding and forcing evacuations. Yaber has already served its response to Epson's Requests for Admission. However, the severity of the storm has impacted Defendant's ability to meet the September 25th deadline for a complete response to Plaintiff Epson America Inc.'s ("Epson") first set of interrogatories and requests for production without jeopardizing the safety of Yaber personnel.

1

3. Therefore, the circumstances here satisfy the good cause standard to grant an extension. *See* Fed. R. Civ. P. 16(b)(4) ("A schedule may be modified only for good cause and with the judge's consent."). This request is made in good faith, not for purposes of delay or any improper purpose, and no party will be prejudiced.

4. The parties met and conferred as to the relief sought in this motion and Plaintiff Epson America Inc. ("Epson") consents to the relief sought herein.

5. Accordingly, Yaber respectfully requests that the Court extend the September 25th deadline for Yaber to respond to Epson's first set of interrogatories and requests for production, as well as all deadlines in the Scheduling Order, by 14 days.

**WHEREFORE**, for the foregoing reasons, Yaber respectfully requests this Court grant the Motion to Amend the Scheduling Order and enter the proposed modified Scheduling Order submitted herewith.

Dated: September 25, 2025

Respectfully submitted,
For the Defendant,
YABER TECHNOLOGIES CO., LIMITED,

By their Attorneys,

*/s/ Edward A. Prisby*
Edward A. Prisby, BBO#655217
Kajko, Weisman & Colasanti, LLP
430 Bedford Street, Suite 390
Lexington, MA 02420
781-860-9500
Eprisby@massfirm.com

**ANALECTS LEGAL LLC**
1212 S Naper Blvd.
Suite #119 – PMB 238
Naperville, IL 60540-7349
Elliot C. Mendelson, Ph.D., J.D.

Respectfully submitted,
For the Plaintiff,
EPSON AMERICA, INC.,

By their Attorneys,

*/s/ Morgan T. Nickerson*
Morgan T. Nickerson, BBO#667290
K&L Gates LLP
1 Congress Street, Suite 2900
Boston, MA 02114
(617) 261-3100
morgan.nickerson@klgates.com

(pro hac forthcoming)
Delaware Bar No. 3981
Email: emendelson@analectslegal.com
Tel: 1.312.375.7844

Yichen Cao, Ph.D., J.D.
(pro hac forthcoming)
Illinois Bar No. 6326669
Email: ycao@analectslegal.com
Tel: 1.630.386.5514

*Attorneys for YABER Technologies Co., Limited*